BEFORE THE FIRST DIVISION, FEBRUARY 3, 1964

No. 68281.—Panation Trade Co. et al. *v.* United States, protests 62/16663, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic paperweight snow scenes similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68282.—Swisstone Corp. and Rohner Gehrig & Co., Inc., et al. *v.* United States, protests 62/13130, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of ballerina dolls similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiffs was sustained.

No. 68283.—M. Hohner, Inc. *v.* United States, protests 60/19061, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of table accordions and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.